**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| H2 INTELLECT LLC,<br>*Plaintiff*,<br>v.<br>THE HOME DEPOT, INC., HOME DEPOT U.S.A. INC., *and* HOME DEPOT PRODUCT AUTHORITY, LLC,<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:25-CV-00123-JRG-RSP<br>(Lead Case) |

**ORDER**

H2 previously filed its Partial No Evidence Summary Judgment Motion on Certain Home Depot Affirmative Defenses. (Dkt. No. 182.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 327), recommending that the Court deny the Motion as moot. Because no objections have been filed, and for the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that H2 Intellect LLC's Partial No Evidence Summary Judgment Motion on Certain Home Depot Affirmative Defenses (Dkt. No. 182) is **DENIED AS MOOT**.

**So Ordered this**

**Nov 2, 2026**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE